■ In the Matter of EUGENE GOLD, as District Attorney of the County of Kings, Respondent, v. PAUL SCIACCA, Appellant.— Order of the Supreme Court, Kings County, dated November 26, 1969, affirmed, without costs (*Matter of Gold* v. *Menna*, 25 N Y 2d 475, 481–482). Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.